

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

JAN 1 8 2023

Clerk, U.S. District Court
Texas Eastern

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 6:23-CR-11 <br> JUDGES JDK - JDL |
| JOSHUA KANE GARRETT | § § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT ONE

        Violation: 26 U.S.C. § 5861(d) (Possession of Unregistered Firearms)

On or about August 11, 2022, in the Eastern District of Texas, the Defendant, **Joshua Kane Garrett**, knowingly possessed firearms, to wit: machineguns, as defined in 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(b), which were not registered to the Defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. § 5861(d).

## COUNT TWO

<u>Violation</u>: 26 U.S.C. § 5861(d) (Possession of Unregistered Firearms)

On or about August 30, 2022, in the Eastern District of Texas, the Defendant, **Joshua Kane Garrett**, knowingly possessed firearms, to wit: machineguns, as defined in 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(b), which were not registered to the Defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. § 5861(d).

## COUNT THREE

<u>Violation</u>: 26 U.S.C. § 5861(d) (Possession of Unregistered Firearms)

On or about September 28, 2022, in the Eastern District of Texas, the Defendant, **Joshua Kane Garrett**, knowingly possessed firearms, to wit: machineguns, as defined in 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(b), which were not registered to the Defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. § 5861(d).

## COUNT FOUR

<u>Violation</u>: 26 U.S.C. § 5861(d) (Possession of Unregistered Firearms)

On or about October 20, 2022, in the Eastern District of Texas, the Defendant, **Joshua Kane Garrett**, knowingly possessed firearms, to wit: machineguns, as defined in 18 U.S.C. § 921(a)(24) and 26 U.S.C. § 5845(b), which were not registered to the Defendant in the National Firearms Registration and Transfer Record.

In violation of 26 U.S.C. § 5861(d).

## NOTICE OF INTENT TO SEEK CRIMINAL FORFEITURE
Pursuant to 26 U.S.C. § 5872, 28 U.S.C. § 2461, and 49 USC § 80303

As a result of committing the offense alleged in this indictment, the defendant shall forfeit to the United States of America pursuant to 26 U.S.C. § 5872, 28 U.S.C. § 2461, and 49 U.S.C. § 80303, any and all firearms, ammunition and accessories subject to forfeiture based on the aforementioned statutes, including but not limited to the following:

1. Ruger, model LCP, .380 caliber pistol, bearing serial number 373-21491;
2. Unknown Manufacturer, Unknown Shotgun, .410 caliber, bearing no serial number;
3. 6 Rounds CCI Ammunition CAL:380;
4. Volunteer Enterprises, model Commando Mark 45, .45 caliber rifle, bearing serial number 33881;
5. 10 Rounds Hornady Ammunition, CAL:45;
6. Suspected Homemade Black Solvent Trap Silencer, Model:Unknown, CAL:Unknown SN:None;
7. Glock GMBH, model 22GEN1, .40 caliber pistol, bearing serial number LGP090;
8. Steyr, model M40, .40 caliber pistol, bearing serial number 002396;
9. 16 Rounds Assorted Ammunition, CAL:40;
10. Smith & Wesson, model Bodyguard, .38 caliber revolver, bearing serial number DJK1359;
11. 275 Rounds Assorted Ammunition, CAL:Multi;
12. Heritage Mfg. Inc., model Rough Rider, .22 caliber revolver, bearing serial number L27121;
13. 147 Rounds Assorted Ammunition, CAL:Multi;
14. 429 Rounds Assorted Ammunition, CAL:38;
15. Remington Arms Company, Inc., model 770, .270 caliber rifle, bearing serial number 71547853;
16. DPMS INC. (Defense Procurement Mfg. Services) Panther LR-308 Rifle CAL:308 SN:160103;
17. Heritage Mfg. Inc., model Rough Rider, .22 caliber revolver, bearing serial number P29817;
18. Bigelow Ind. MT LLC (SAA Mfg. Surplus Ammo & Arms), model LOW15, multi-caliber rifle, bearing serial number SA01021

19. Bushmaster Firearms, model Carbon 15, 5.56mm caliber rifle, bearing serial number E03903;
20. Ruger, model 10/22, .22 caliber rifle, bearing serial number 0007-90525;
21. 2 Rounds Assorted Ammunition CAL:22;
22. Anderson Manufacturing, model AM-15, multi-caliber rifle, bearing serial number 20219093;
23. Connecticut Valley Arms (BP Firearms LLC), Unknown Rifle, CAL:Unknown, bearing serial number 073654-08;
24. 106 Rounds Assorted Ammunition CAL:308;
25. Akkar Silah Sanayi TIC, LTD, model Charles Daly, 12-gauge shotgun, bearing serial number 9511301;
26. Benelli, S. PA, model Super Nova Shotgun, CAL:12, bearing serial number Z354682;
27. 17 Rounds LC (Lake City) Ammunition CAL:556;
28. 12 Rounds Assorted Ammunition CAL:40;
29. 9 Rounds Assorted Ammunition CAL:40;
30. 10 Rounds Assorted Ammunition CAL:40;
31. 6 Rounds Assorted Ammunition CAL:30-30;
32. 347 Rounds LC (Lake City) Ammunition CAL:556;
33. 6 Rounds Assorted Ammunition CAL:12;
34. 54 Rounds Assorted Ammunition CAL:40;
35. 1 Rounds Federal Ammunition CAL:12;
36. 4 Rounds Winchester-Western Ammunition CAL:270;
37. 30 Rounds Assorted Ammunition CAL:40;
38. 5 Rounds Assorted Ammunition CAL:38;
39. 1 Rounds Assorted Ammunition CAL:44;
40. 15 Rounds Assorted Ammunition CAL:38;
41. 1 Rounds Armco Ammunition CAL:762;
42. 56 Rounds Assorted Ammunition CAL:Multi;
43. 3000 Rounds Assorted Ammunition CAL:Multi;
44. 200 Rounds Assorted Ammunition CAL:12;
45. AR15 Auto Sear Unknown Machine Gun CAL:Unknwon SN:None;
46. AR15 Auto Sear Unknown Machine Gun CAL:Unknown SN:None;
47. AR15 Auto Sear Unknown Machine Gun CAL:Unknown SN:None; and
48. AR15 Auto Sear Unknown Machine Gun CAL:Unknown SN:None.
49. a Marlin, model 336, 30-30 caliber rifle, bearing serial number 18038379.

By virtue of the commission of the offense alleged in this indictment, any and all interest the defendant has in the above-described property is vested in the United States and

hereby forfeited to the United States pursuant to 26 U.S.C. § 5872, 28 U.S.C. § 2461, and 49 U.S.C. § 80303.

A TRUE BILL

_____
GRAND JURY FOREPERSON

BRIT FEATHERSTON
UNITED STATES ATTORNEY

_____                    1-18-2023
LUCAS MACHICEK                                    Date
Assistant United States Attorney

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIMINAL NO. 6:23-CR-____ <br> JUDGES _____ |
| JOSHUA KANE GARRETT | § § | |

## NOTICE OF PENALTY

## COUNTS ONE-FOUR

Violation: 26 U.S.C. § 5861(d)

Penalty: Imprisonment for not more than 10 years, a fine not to exceed $10,000, or both, and supervised release of not more than 3 years.

Special Assessment: $100.00

Indictment - Page 7 of 7